UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETH CAROLYN KEVLES and JONATHAN DAVID KEVLES, as Co-Executors of the Estate of BETTY ANN KEVLES, deceased,

                Plaintiffs,

                v.

FOX REHABILITATION SERVICES, P.C.; FOX REHABILITATION PHYSICAL, OCCUPATIONAL, AND SPEECH THERAPY SERVICES, LLC; and STEFANIE GARNER, OTR/L,

                Defendants.

No. 24-CV-4049 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    An initial conference was previously scheduled in this matter for September 13, 2024 at 3:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to September 13, 2024 at 11:30 a.m. Unless the parties request otherwise, the conference will be held by phone. Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:   September 12, 2024
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge