UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETH CAROLYN KEVLES and JONATHAN DAVID KEVLES, as Co-Executors of the Estate of BETTY ANN KEVLES, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FOX REHABILITATION SERVICES, P.C.; FOX REHABILITATION PHYSICAL, OCCUPATIONAL, AND SPEECH THERAPY SERVICES, LLC; and STEFANIE GARNER, OTR/L,<br><br>Defendants. | No. 24-CV-4049 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

A post-fact-discovery conference was previously scheduled in this matter for January 17, 2025. Due to a scheduling conflict, the conference is hereby rescheduled to January 16, 2025 at 11:30 a.m. Unless the parties request otherwise, the conference will be held by phone. Call-in Number: (855) 244-8681; Meeting ID: 23055424735.

All other deadlines set forth in the Court's September 13, 2024 Order (ECF No. 42) remain the same.

SO ORDERED.

Dated:   January 3, 2025
        New York, New York

Ronnie Abrams
United States District Judge