UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETH CAROLYN KEVLES and
JONATHAN DAVID KEVLES, as Co-
Executors of the Estate of BETTYANN
KEVLES, deceased,

                     Plaintiffs,

              v.

FOX REHABILITATION SERVICES, P.C.;
FOX REHABILITATION PHYSICAL,
OCCUPATIONAL AND SPEECH
THERAPY SERVICES, LLC; and STEFANIE
GARNER, OTR/L,

                     Defendants.

24-CV-4049 (RA)

AMENDED ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the conference in the above captioned matter scheduled for Friday, January 16, 2026 at 12:30 p.m. is hereby adjourned to Friday, January 16, 2026 at 4:15 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERED.

Dated:    December 19, 2025
          New York, New York

                                    Hon. Ronnie Abrams
                                    United States District Judge