UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETH CAROLYN KEVLES and JONATHAN DAVID KEVLES, as Co-Executors of the Estate of BETTY ANN KEVLES, deceased,

Plaintiffs,

v.

FOX REHABILITATION SERVICES, P.C.; FOX REHABILITATION PHYSICAL, OCCUPATIONAL, AND SPEECH THERAPY SERVICES, LLC; and STEFANIE GARNER, OTR/L;

Defendants.

24-CV-4049 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 26, 2026, the Court granted Plaintiffs' application to reopen this matter pending the execution of a final settlement agreement. *See* Dkt. 62. The Court has not received any communication from the parties since then. Accordingly, no later than December 8, 2026, Plaintiffs shall advise the Court on the status of settlement. Failure to comply with this order may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 24, 2026
New York, New York

Ronnie Abrams
United States District Judge